# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.A. MONCRIEF, Jr., | ) |
| | ) |
| Plaintiff, | ) Case No. 17-cv-00609-RJL |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) PLAINTIFF'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT HEARING |
| | ) |
| Defendants, | ) |
| | ) |
| *and* | ) |
| | ) |
| PIKUNI TRADITIONALIST ASSOCIATION, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |

R. Timothy McCrum (D.C. Bar #389061)
Elizabeth B. Dawson (D.C. Bar #230818)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 624-2500
rmccrum@crowell.com
edawson@crowell.com

*Attorneys for Plaintiff W.A. Moncrief, Jr.*

## UNOPPOSED MOTION FOR SUMMARY JUDGMENT HEARING

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule 7(f), Plaintiff W.A. Moncrief, Jr. ("Plaintiff" or "Moncrief") respectfully moves unopposed for the Court to schedule a hearing to hear arguments on the Parties' cross-motions for summary judgment at such convenient time as this Court's heavy docket may permit. The Plaintiff files this motion with due regard for this Court's current daunting obligations in other pending cases. This is Plaintiff's first such motion, and this motion is based on the following points and authorities.

## STATEMENT OF POINTS AND AUTHORITIES

1. On August 24, 2017, Plaintiff filed its motion for summary judgment. ECF No. 19. In that motion, Plaintiff identified *Solenex LLC v. Zinke*, No. 13-0993, a matter before this Court, as being related to Plaintiff's case. *See* ECF No. 19 at 12–13.[1] Like the *Solenex* case, the instant case of *W.A. Moncrief, Jr. v. U.S. Department of the Interior*, involves the administrative termination of a duly issued federal oil and gas lease on federal lands in the Lewis and Clark National Forest in Montana. The W.A. Moncrief lease is directly adjacent to the Solenex lease and the Interior Department issued the lease in 1982. With no prior written notice to W.A. Moncrief, Jr., the prior Interior Secretary's office issued the decision to terminate the W.A. Moncrief lease on January 10, 2017 – ten days before the end of the previous Executive Branch Administration.

2. On October 16, 2017, Defendant U.S. Department of the Interior ("Defendant" or "Interior") filed its cross-motion for summary judgment. ECF No. 21.

3. On October 20, 2017, Defendant-Intervenors Pikuni Traditionalist Association, Blackfeet Headwaters Alliance, Glacier-Two Medicine Alliance, Montana Wilderness

---

[1] Plaintiff also identified *Solenex* as a related case, involving common issues of fact, upon filing the complaint. ECF No. 2.

Association, National Parks Conservation Association, and The Wilderness Society ("Defendant-Intervenors" or "PTA") filed their cross-motion for summary judgment. ECF No. 24.

4. On November 13, 2017, Plaintiff filed its reply in support of its motion for summary judgment. ECF No. 26.

5. On December 5, 2017, Defendant U.S. Department of the Interior and Defendant-Intervenors filed replies in support of their cross-motions for summary judgment. ECF Nos. 28, 29.

6. The Parties are aware of this Court's hearing on March 14, 2018, on cross-motions for summary judgment in the *Solenex* matter. In view of the arguments made in the *Solenex* hearing and the questions from this Court at that hearing, Plaintiff now believes that a hearing on the Parties' cross-motions would aid the Court in evaluating the factual and legal issues in both closely related cases, and in reaching decisions which accord fully with equitable considerations and the law.

7. Indeed, a hearing on the Parties' cross-motions in the instant *W.A. Moncrief, Jr.* matter in the next few months could aid judicial economy in allowing the Court to consider both matters when the issues are still relatively fresh before this Court.

8. Pursuant to Local Rule 7(m), counsel for Plaintiff also conferred with counsel for Defendant and Defendant-Intervenors as to their positions on this motion, and was informed that Defendant does not oppose this motion, and Defendant-Intervenors take no position. Counsel for Defendant requested we inform the Court, however, that he is unavailable April 2–13 due to significant demands in another case. Additionally, counsel for Defendant-Intervenor advised the undersigned that they are unavailable April 16–18 and May 8–10.

3

9. Granting this unopposed motion will not cause any prejudice or undue harm to the Parties' interests in this matter. Instead, granting this unopposed motion will serve judicial economy and the public interest by ensuring that the Court has the ability to obtain relevant information regarding the cross-motions when similar issues are already under the Court's consideration.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an order granting Plaintiff's motion and setting a hearing on the Parties' cross-motions for summary judgment at its earliest convenience.

Dated: March 23, 2018

Respectfully submitted,

/s/ *R. Timothy McCrum*
R. Timothy McCrum (D.C. Bar #389061)
Elizabeth B. Dawson (D.C. Bar. #230818)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 624-2500
rmccrum@crowell.com
edawson@crowell.com

*Attorneys for Plaintiff W.A. Moncrief, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *R. Timothy McCrum*
R. Timothy McCrum