IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.A. MONCRIEF, Jr., | ) |
| Plaintiff, | ) Case No. 17-cv-00609-RJL |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT HEARING |
| Defendants, | ) |
| and | ) |
| PIKUNI TRADITIONALIST ASSOCIATION, *et al.*, | ) |
| Intervenor-Defendants. | ) |

**[PROPOSED] ORDER**

The undersigned, having been briefed on Plaintiff's Unopposed Motion for Summary Judgment Hearing and not having received any opposition thereto, finds good cause to grant the relief requested. Therefore, it is

ORDERED that Plaintiff's Unopposed Motion for Summary Judgment Hearing be GRANTED; and it is further

ORDERED that the a hearing on the Parties' cross-motions for summary judgment be set for [MONTH] [DAY], 2018, at [TIME].

SO ORDERED this _____ day of _____, 2018

2

_____
Hon. Richard J. Leon
United States District Court Judge

## APPENDIX PURSUANT TO LOCAL RULE 7(K)

The following are entitled to be notified of the entry of the foregoing [Proposed] Order:

JOHN S. MOST, Trial Attorney
Natural Resources Section
Virginia Bar No. 27176
P.O. Box 7611
Washington, D.C. 20044
202-616-3353 || 202-305-0506 (fax)
John.Most@usdoj.gov

*Counsel for Federal Defendants*

Timothy J. Preso
Aurora R. Janke
Earthjustice
313 Main Street
Bozeman, MT 59715
406-586-9699 || 406-586-9695 (fax)
tpreso@earthjustice.com
ajanke@earthjustice.com

*Counsel for Intervenor-Defendants*