UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.A. MONCRIEF, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF INTERIOR, )<br>)<br>and )<br>)<br>JAMIE E. CONNELL, )<br>*in her official capacity as State Director,* )<br>*Montana Dakotas Office, Bureau of Land* )<br>*Management,* )<br>)<br>Defendants. ) | Civil Case No. 17-609 (RJL) |

**ORDER**

(September 24, 2018) [Dkts ## 19, 21, 24]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. #19] is **GRANTED**; it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment [Dkt. #21] and defendant-intervenors' Cross-Motion for Summary Judgment [Dkt. #24] are **DENIED**; and it is further

**ORDERED** that plaintiff's lease be reinstated. **SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

18