**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| W.A. MONCRIEF, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-609-RJL |
| | ) The Honorable Richard J. Leon |
| UNITED STATES DEPARTMENT OF | ) |
| THE INTERIOR *et al.*, | ) |
| | ) |
| Federal Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| PIKUNI TRADITIONALIST | ) |
| ASSOCIATION *et al.*, | ) |
| | ) |
| Intervenor-Defendants. | ) |
| | ) |

**NOTICE OF APPEAL**

Please take notice that the Department of the Interior and the officials of the United

States Bureau of Land Management named as defendants in this case, hereby appeal to the

United States Court of Appeals for the District of Columbia Circuit from the District Court's

September 24, 2018 Memorandum Opinion, ECF No. 37, and its Order of the same date granting

Plaintiff's motion for summary judgment, denying all Defendants' cross-motions for summary

judgment, and ordering further relief.  ECF No. 38.

Respectfully submitted this 20th day of November, 2018.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

1

*/s/ John S. Most*
JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-616-3353 || 202-305-0506 (fax)
John.Most@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *John S. Most*
JOHN S. MOST